# NO. 12-11-00412-CR

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *MICHAEL LYNN HOWARD,*<br>*APPELLANT* | § | *APPEAL FROM THE 241ST* |
| *V.* | § | *JUDICIAL DISTRICT COURT* |
| *THE STATE OF TEXAS,*<br>*APPELLEE* | § | *SMITH COUNTY, TEXAS* |

### *MEMORANDUM OPINION*
### *PER CURIAM*

Pursuant to a plea bargain, Appellant pleaded guilty to manufacture/delivery of a controlled substance in a drug free zone. The trial court assessed punishment at imprisonment for twenty-five years. We have received the trial court's certification showing, in part, that Appellant waived his right to appeal. *See* TEX. R. APP. P. 25.2(d). The certification is signed by Appellant and his counsel. We have also received the trial court clerk's record, which includes a written waiver of Appellant's right to appeal signed by Appellant and his counsel. Accordingly, the appeal is ***dismissed for want of jurisdiction***.

Opinion delivered December 12, 2012.
*Panel consisted of Worthen, C.J., Griffith, J., and Hoyle, J.*

(DO NOT PUBLISH)



# COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT OF TEXAS

# JUDGMENT

## DECEMBER 12, 2012

## NO. 12-11-00412-CR

**MICHAEL LYNN HOWARD,**
Appellant
V.
**THE STATE OF TEXAS,**
Appellee

---

Appeal from the 241st Judicial District Court

of Smith County, Texas. (Tr.Ct.No. 241-1053-12)

---

THIS CAUSE came to be heard on the appellate record; and the same being considered, it is the opinion of this court that this court is without jurisdiction of the appeal, and that the appeal should be dismissed.

It is therefore ORDERED, ADJUDGED and DECREED by this court that this appeal be, and the same is, hereby **dismissed for want of jurisdiction**; and that this decision be certified to the court below for observance.

By *per curiam* opinion.
*Panel consisted of Worthen, C.J., Griffith, J., and Hoyle, J.*